**STATE v. HENDRICKSON**

[346 N.C. 273 (1997)]

STATE OF NORTH CAROLINA v. GRANVILLE L. HENDRICKSON

No. 492PA96

(Filed 6 June 1997)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(1) and on discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 124 N.C. App. 150, 476 S.E.2d 389 (1996), finding no error in an order entered on 20 April 1995 by Thompson, J., in Superior Court, Wake County, denying defendant's motion to suppress evidence. Heard in the Supreme Court 13 May 1997.

*Michael F. Easley, Attorney General, by William B. Crumpler, Assistant Attorney General, for the State-appellee.*

*John F. Oates, Jr., for defendant-appellant.*

PER CURIAM.

APPEAL DISMISSED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.